IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAL RAY COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-436-SLP |
| | ) |
| GARFIELD COUNTY DETENTION CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered July 12, 2021 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED. Plaintiff is directed to make the initial payment of $8.14 within twenty-one days from the date of this Order or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 13th day of August, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE